IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STONI MEDICAL STAFFING; and JAZZMA HALL, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:23-cv-3 |
| v. | |
| ALLY FINANCIAL, | |
| Defendant. | |

**ORDER**

This case was initially filed in the Superior Court of Chatham County and was removed to this Court by Defendant. (Doc. 1.) Since then, various motions and notices have been filed by Jazzma Hall, purportedly on behalf of both herself and her co-Plaintiff Stoni Medical Staffing.[1] (See, e.g., docs. 7, 9, 21.) There is no indication that Jazzma Hall is licensed to practice law, much less that she is admitted to the bar of this Court. Accordingly, while Jazzma Hall may proceed *pro se*, she cannot represent Stoni Medical Staffing.[2] See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."), cert. denied, 474 U.S. 1058 (1986); Streeter v. Office of Douglas R. Burgess, LLC, No. 107-CV-97-WKW,

---

[1] At times, in signing pleadings, Plaintiff Hall has referred to herself as "agent" or "attorney-in-fact." (See, e.g., doc. 7, p. 6; doc. 21, pp. 5–6.)

[2] It is unclear what type of business entity Stoni Medical Staffing is, though there is some indication in the record that it may be a limited liability company. (See doc. 1-1, p. 25.)

2008 WL 508456 (M.D. Ala. 2008) (holding while the individual defendant could proceed *pro se*, the limited liability company was required to have representation by counsel).

Accordingly, Stoni Medical Staffing is **DIRECTED** to retain counsel, who must enter his or her appearance **within THIRTY (30) DAYS** from the date of this Order, or Stoni Medical Staffing must **SHOW CAUSE** why it has not complied within that same time frame.  Failure to do so could subject Stoni Medical Staffing to dismissal from the case.  See, e.g., U.S. v. Hagerman, 549 F.3d 536, 538 (7th Cir. 2008) (When an entity, which is not entitled to litigate *pro se*, fails to retain counsel after being given a reasonable opportunity to do so, the court should dismiss the case where that entity is the plaintiff.)  Additionally, the Court cannot and will not entertain any pleadings or motions filed by Stoni Medical Staffing until it has obtained counsel. See N. Augusta Mgmt. Grp., LLC v. Sw. Golf Grp., Inc., No. 1:10-cv-61, 2011 WL 1151128, at *1 (S.D. Ga. Mar. 28, 2011).

**SO ORDERED**, this 17th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA