AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STONI MEDICAL STAFFING, and JAZZMA HALL

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-3

ALLY FINANCIAL,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated February 15, 2024, Stoni Medical's claims are dismissed with prejudice, and Plaintiff's Hall's claims are dismissed with prejudice.  Additionally, Hall's Motion for Summary Judgment and Ally's Cross Motion for Summary Judgment are denied as moot.  This action stands closed.

Approved by: _____

February 21, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020