**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

STONI MEDICAL STAFFING; and JAZZMA HALL,

Plaintiffs,

v.

ALLY FINANCIAL,

Defendant.

CIVIL ACTION NO.: 4:23-cv-3

**ORDER**

The appeal in the above-styled action having been remanded by the United States Court of Appeals for the Eleventh Circuit, it is hereby **ORDERED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

It is further **ORDERED** that, pursuant to 28 U.S.C. § 1447(c) and the Mandate of the Eleventh Circuit Court of Appeals, the Court **REMANDS** this case to the Superior Court of Chatham County, Georgia, for further proceedings. The Clerk of Court is **DIRECTED** to close this case following remand.

**SO ORDERED**, this 18th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA