AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

STONI MEDICAL STAFFING; and JAZZMA HALL,

Plaintiffs,

**V.**

ALLY FINANCIAL,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-00003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Court's Order dated September 18, 2026, this case is remanded to the Superior Court of Chatham County, Georgia, for further proceedings. This case stands closed.

9/18/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*